540

UNITED STATES of America,
Plaintiff—Appellee,

v.

Audel De Jesus SANCHEZ–ESPINOZA,
Defendant—Appellant.

No. 05–50923.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 4, 2008.

James Peter Melendres, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Robert L. Swain, Esquire, Swain & Vance, San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

MEMORANDUM **

Audel De Jesus Sanchez–Espinoza appeals from the 57–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

■ Sanchez–Espinoza contends that the district court impermissibly enhanced his sentence beyond the two-year statutory maximum based upon a prior conviction that was neither admitted by him nor found by a jury beyond a reasonable doubt, in violation of *Apprendi v. New Jersey,* 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This contention is foreclosed. *See United States v. Covian–Sandoval,* 462 F.3d 1090, 1096–97 (9th Cir. 2006).

■ Sanchez–Espinoza also contends that the district court erred in failing to adequately consider the 18 U.S.C. § 3553(a) factors and by attaching a presumption of reasonableness to the Guidelines. This contention fails as the record reflects that the district court imposed the within-Guidelines range sentence after properly considering the § 3553(a) factors as well as Sanchez–Espinoza's request for a downward departure and arguments in mitigation. Furthermore, the district court expressly noted that the Guidelines were not binding. The district court did not procedurally err, and the sentence is reasonable. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 596–97, 169 L.Ed.2d 445 (2007); *see also United States v. Carty,* 520 F.3d 984, 994–95 (9th Cir. 2008) (en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

